CDJ

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David V. Lampman, Sr. & Mary P. Lampman | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| Trans Union, et al. | : | NO. 2:17-cv-04487-CDJ |
| Defendants | | |

FILED SEP 06 2018 KATE BARKMAN, Clerk By ___ Dep. Clerk

ORDER

AND NOW, this 6th Day of September, 2018, it is hereby

ORDERED that the application of Melissa M. Taylor, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

9/7/18 mailed

_____ J.

ENT'D SEP - 7 2018