## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID LAMPMAN, SR. et al. | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|     v. | : | NO.: 17-4487 |
| TRANS UNION, LLC et al. | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this 24th day of September, 2018, upon consideration of representations made by counsel in the letter dated September 21, 2018, it is hereby **ORDERED** that all claims against Defendants Bank of America Corporation and Experian Information Solutions, Inc., only, in the above-referenced matter are **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** pursuant to the agreement of counsel and in accordance with Local Rule 41.1b.

BY THE COURT:

/s/ C. Darnell Jones, II
 C. DARNELL JONES, II    J.